IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

In re:

KEISHA BUTLER

Bankruptcy Court
Case No. 07-40747-JJR7

---

| | |
|---|---|
| **FIRST CREDIT,** ) | |
| ) | |
|    Plaintiff/Counter- ) | |
|    Defendant, ) | |
| ) | Civil Action Number |
| vs. ) | **4:07-mc-1908-UWC** |
| ) | |
| **KEISHA BUTLER,** ) | |
| ) | |
|    Defendant/Counter- ) | |
|    Claimant, ) | |

## ORDER

Keisha Butler's Petition to Withdraw Reference of her Truth-in-Lending Act counter-claim from the Bankruptcy Court general order of reference is hereby GRANTED.

Ms. Butler shall have fifteen (15) days from the date of the present Order to initiate a civil action asserting her Truth-in-Lending Act claim in the present Court. This Court hereby waives imposition of the filing fee for said action.

In all other respects, the referral to the Bankruptcy Court is hereby AFFIRMED.

Done this 27th day of November, 2007.

U.W. Clemon
United States District Judge